**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
CLINTON GEORGE K.,

                       Plaintiff,             25 **CIVIL** 3858 (GRJ)

      -v-                                 **JUDGMENT**


COMMISSIONER OF SOCIAL SECURITY,

                     Defendant.
--------------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Decision and Order dated April 15, 2026, Plaintiff's request for judgment on

the pleadings is GRANTED, the Commissioner's request for judgment on the pleadings is

DENIED, and this case is REMANDED for calculation of benefits.

**Dated:** New York, New York

      April 16, 2026


                                 **TAMMI M. HELLWIG**

                                     **Clerk of Court**

**BY:**

                                     **Deputy Clerk**